x:\tc51601\appear

WDJ/ls
File No.: TC-51601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
GREGORY FISCO AND NICOLE FISCO,

         Plaintiffs,

    -against-

ALAN KASMAN DBA KASCO, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIRONMENTAL
CONSULTANTS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNH & CO, INC.,
MSDW 140 BROADWAY PROPETIY L.L.C.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., WESTON SOLUTIONS,
INC., WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D HOLDING
CO. II L.P., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P., ET AL.,

         Defendants.
-------------------------------------------------------------------X

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 9, 2007

                                        */s/ William D. Joyce, III*
                                      WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      STRUCTURE TONE, INC. s/h/a
                                      STRUCTURE TONE (UK), INC. and
                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                      2 Rector Street – 14th Floor
                                      New York, New York 10006
                                      (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700