UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
GREGORY FISCO (AND WIFE NICOLE FISCO),        (AKH)07CV5289

                Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO., INC.
MSDW 140 BROADWAY PROPERTY LLC,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER D CO. GP CORP.,
WFP TOWER D HOLDING CO., I LP.,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO., LP,

                Defendants.

-------------------------------------------------------------------x

**DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER**

## TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

                        Yours, etc.
                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendant –Envirotech
                        3000 Marcus Avenue, Suite 2E1
                        Lake Success, New York 11042
                        (516) 775-5800

                        BY: _____
                              Heather L. Smar (4622)