UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
:
------------------------------------------------------------------X
GREGORY FISCO AND NICOLE FISCO,          :    07-CV-05289-AKH
:
Plaintiffs,                              :
:    **APPEARANCE**
- against -                              :
:
ALAN KASMAN D/B/A KASCO, *et al.*,       :    **ELECTRONICALLY FILED**
:
Defendants.                              :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York                    DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                    By:      /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.

DOCSNY-271454v01