KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------x
GREGORY FISCO (AND WIFE, NICOLE FISCO)       DOCKET NO:
                                             07 CV 05289

               Plaintiffs,

  -against-

100 CHURCH, LLC, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC.,
BATTERY PARK CITY AUTHORITY, BLACKMON
-MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P., BROOKFIELD
PROPERTIES PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDING,
INC., CUNNINGHAM DUCT CLEANING CO.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
INC., MSDW 140 BROADWAY PROPERTY
LLC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
TRC ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP TOWER D HOLDING CO., G.P., CORP.,

WFP TOWER D HOLDING CO., I L.P., WFP TOWER D
HOLDING CO., II L.P., WFP TOWER D HOLDING
I. G.P., CORP., WFP TOWER D CO., L.P.,
and ZAR REALTY MANAGEMENT CORP.,

                                 **Defendants.**

------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                      CUNNINGHAM DUCT WORK s/h/i/a
                CUNNINGHAM DUCT CLEANING CO., INC.,

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 28, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM-7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING CO.,**
                                        **INC.,**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **GREGORY FISCO (AND WIFE, NICOLE FISCO)**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**GREGORY FISCO (AND WIFE, NICOLE FISCO)**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**