KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA(MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**           21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
------------------------------------------------------------------x
**GREGORY FISCO (AND WIFE, NICOLE FISCO)**      DOCKET NO:
                                                07 CV 05289

                               Plaintiffs,
    -against-

100 CHURCH, LLC, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC.,
BATTERY PARK CITY AUTHORITY, BLACKMON
-MOORING STEAMATIC CATASTOPHE,                  NOTICE OF ADOPTION
INC., d/b/a BMS CAT, BROOKFIELD                 OF ANSWER TO
FINANCIAL PROPERTIES, INC., BROOKFIELD          MASTER COMPLAINT
FINANCIAL PROPERTIES, L.P., BROOKFIELD
PROPERTIES PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDING,
INC., CUNNINGHAM DUCT CLEANING CO.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
INC., MSDW 140 BROADWAY PROPERTY
LLC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
TRC ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP TOWER D HOLDING CO., G.P., CORP.,

WFP TOWER D HOLDING CO., I L.P., WFP TOWER D
HOLDING CO., II L.P., WFP TOWER D HOLDING
I. G.P., CORP., WFP TOWER D CO., L.P.,
and ZAR REALTY MANAGEMENT CORP.,

                                                                        **Defendants.**

---------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       April 30, 2008

                                                  Kevin G. Horbatiuk
                                                  Kevin G. Horbatiuk (KGH4977)
                                                  Matthew P. Mazzola (MM-7427)
                                                  Attorneys for Defendant
                                                  **CUNNINGHAM DUCT WORK s/h/i/a**
                                                  **CUNNINGHAM DUCT CLEANING**
                                                  **CO., INC.,**
                                                  RUSSO, KEANE & TONER, LLP
                                                  26 Broadway, 28th Floor
                                                  New York, New York 10004
                                                  (212) 482-0001
                                                  RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **GREGORY FISCO (AND WIFE, NICOLE FISCO)**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**GREGORY FISCO (AND WIFE, NICOLE FISCO)**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK