UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                    21 MC 102

------------------------------------------------------------------------

GREGORY FISCO AND NICOLE FISCO,                      07cv05289

                                        Plaintiffs,

            - against -

100 CHURCH, LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., BATTERY
PARK CITY AUTHORITY, BLACKMONMOORING-
STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C, MERRILL LYNCH & CO,
INC., MSDW 140 BROADWAY PROPERTY
L.L.C., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC., WFP TOWER D
CO. G.P.CORP., WFP TOWER D HOLDING CO.
I L.P., WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP., WFP
TOWER D. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL

                                        Defendants.

------------------------------------------------------------------------x

### ENVIROTECH CLEAN AIR'S ANSWER TO AMENDED
### COMPLAINT BY ADOPTION

PLEASE  TAKE  NOTICE  that  defendant  Envirotech  Clean  Air  Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Amended

Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in

the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      June 2, 2008

              Yours, etc.

              FRIEDMAN, HARFENIST, LANGER & KRAUT
              Attorneys for Defendant –Envirotech
              3000 Marcus Avenue, Suite 2E1
              Lake Success, New York 11042
              (516) 775-5800

              BY: _____
                     Heather L. Smar (4622)