UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH) & 21MC103

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaints[1] was made by me[2] | DATE 9/11/07 |
| NAME OF SERVER (PRINT) Kevin Mill | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

William J. Smith, Esq.
FAUST GOETZ SCHENKER & BLEE, LLP
2 Rector Street
New York, NY 10006

For the following Defendant(s):

WFP TOWER D HOLDING I G.P. CORP.; WFP TOWER D CO. G.P. CORP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/11/07
          Date

Signature of Server: Kevin Mill

Address of Server: 115 Broadway, Nicoen NY

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 2010

*Betsy Barranco*

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*1155* *«Contact_ID»* *54*   *50*



# Service Rider

**WFP TOWER D CO. G.P. CORP.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | 07CV05339 | 5/31/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | 07CV05353 | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | 07CV05286 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | 07CV05289 | 5/24/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |

**Tuesday, June 19, 2007**                                                                 Page 1 of 3

WFP TOWER D CO. G.P. CORP.                        Group:  *14*   Out  *39*   In:  *50*



# Service Rider

WFP TOWER D CO. G.P. CORP.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | 07CV05302 | 5/24/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | 07CV05303 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | 07CV05398 | 6/6/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | 07CV05375 | 5/31/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson Sanchez | 07CV05386 | 5/31/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |



# Service Rider

WFP TOWER D CO. G.P. CORP.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |

79

 



# Service Rider

WFP TOWER D HOLDING I G.P. CORP.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | 07CV05339 | 5/31/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | 07CV05353 | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | 07CV05286 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | 07CV05289 | 5/24/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |

 Rider

# Service Rider

**WFP TOWER D HOLDING I G.P. CORP.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | 07CV05302 | 5/24/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | 07CV05303 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | 07CV05398 | 6/6/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | 07CV05375 | 5/31/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson Sanchez | 07CV05386 | 5/31/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |

**Tuesday, June 19, 2007**                                                                           **Page 2 of 3**

WFP TOWER D HOLDING I G.P. CORP.

Group:  Out  In:



# Service Rider

WFP TOWER D HOLDING I G.P. CORP.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |

79

